# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| TOWN OF MARION, MISSISSIPPI, | CASE NO. 07-50141-NPO |
| DEBTOR. | CHAPTER 9 |

### FINAL JUDGMENT GRANTING OBJECTION TO THE CHAPTER 9 PETITION

Consistent with the Court's Memorandum Opinion and Order Granting Objection to the Chapter 9 Petition entered contemporaneously herewith,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered granting the objection to the Chapter 9 Petition (Dk. No. 22) filed by the City of Meridian, Mississippi.

SO ORDERED AND ADJUDGED,